SAGARIA LAW, P.C.
Scott J. Sagaria (SBN: 217981)
Elliot W. Gale (SBN: 263326)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
(408) 279-2288 Telephone
(408) 279-2299 Facsimile

Attorneys for Plaintiff,
RAYMOND HICKMAN


J. Grace Felipe (SBN: 190893)
felipeg@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CREDIT ONE BANK,
NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISON

| | |
|---|---|
| RAYMOND HICKMAN,                ) | CASE NO. 5:15-cv-05115-BLF |
|                                 ) | |
|          Plaintiff,             ) | |
|                                 ) | **STIPULATION TO DISMISS PURSUANT** |
|     vs.                         ) | **TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
|                                 ) | |
| EXPERIAN INFORMATION            ) | |
| SOLUTIONS, INC.; EQUIFAX, INC.; ) | |
| TRANSUNION, LLC; PORTFOLIO      ) | |
| RECOVERY ASSOCIATES, LLC;       ) | |
| WELLS FARGO BANK, NATIONAL      ) | |
| ASSOCIATION; CAPITAL ONE        ) | |
| BANK, NATIONAL ASSOCIATION;     ) | |
| CREDIT ONE BANK, NATIONAL       ) | |
| ASSOCIATION; HSBC BANK, USA,    ) | |
| NATIONAL ASSOCIATION; TD        ) | |
| BANK USA, NATIONAL              ) | |
| ASSOCIATION; CALVARY            ) | |
| PORTFOLIO SERVICES, LLC;        ) | |

{00043382;1}                               1

| | |
|---|---|
| RECEIVABLES PORTFOLIO MANAGEMENT, LLC; VERIZON WIRLESS SERVICES, LLC; ENHANCED RECOVERY COMPANY, INC. and DOES 1 through 100 INCLUSIVE,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff RAYMOND HICKMAN, an Individual ("Plaintiff"), through her counsel or record, Elliot W. Gale of Sagaria Law, P.C., and Defendant CREDIT ONE BANK, NATIONAL ASSOCIATION, through its counsel of record, Tamar Gabriel of Carlson & Messer LLP, hereby file this Stipulation to Dismiss Plaintiff's individual claim against Defendant CREDIT ONE BANK, NATIONAL ASSOCIATION in the above-entitled action, with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

Date:  January 21, 2016          **SAGARIA LAW, P.C.**

　　　　　　　　　　　　　　　　　　By: /s/Elliot W. Gale
　　　　　　　　　　　　　　　　　　　　Elliot W. Gale

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*

DATED:  January 21, 2016         **CARLSON & MESSER LLP**


　　　　　　　　　　　　　　　　　　By: /s/ Tamar Gabriel
　　　　　　　　　　　　　　　　　　　　David J. Kaminski
　　　　　　　　　　　　　　　　　　　　Tamar Gabriel
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　CREDIT ONE BANK, NATIONAL
　　　　　　　　　　　　　　　　　　　　 ASSOCIATION