# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISON

| | |
|---|---|
| RAYMOND HICKMAN, | CASE NO. 5:15-cv-05115-BLF |
| Plaintiff, | |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; PORTFOLIO RECOVERY ASSOCIATES, LLC; WELLS FARGO BANK, NATIONAL ASSOCIATION; CAPITAL ONE BANK, NATIONAL ASSOCIATION; CREDIT ONE BANK, NATIONAL ASSOCIATION; HSBC BANK, USA, NATIONAL ASSOCIATION; TD BANK USA, NATIONAL ASSOCIATION; CALVARY PORTFOLIO SERVICES, LLC; RECEIVABLES PORTFOLIO MANAGEMENT, LLC; VERIZON WIRLESS SERVICES, LLC; ENHANCED RECOVERY COMPANY, INC. and DOES 1 through 100 INCLUSIVE, | [PROPOSED] ORDER REGARDING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| Defendants. | |

{00043383;1}                                   1

ORDER

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice, with respect to Defendant Credit One Bank National Association. Each party shall bear its own costs and expenses.

DATED: January 22, 2016

_____
UNITED STATES DISTRICT JUDGE