# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND HICKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-05115-BLF<br><br>**ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

The hearing on Defendant Portfolio Recovery Associates' motion to dismiss, currently set for April 14, 2016, is RESET for March 17, 2016 at 2:00 p.m.  While counsel are welcome to attend the hearing in person, all counsel are granted permission to appear by Court Call.  Counsel wishing to appear by Court Call must contact Court Call in advance of the hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  February 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California