Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| RAYMOND HICKMAN, | Federal Case No.: 5:15-CV-05115-BLF |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CAVALRY PORTFOLIO SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Raymond Hickman, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Cavalry Portfolio Services, LLC as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1  (1) a notice of dismissal before the opposing party serves either an answer
2  or a motion for summary judgment.
3  Defendant Cavalry Portfolio Services, LLC has neither answered Plaintiff's Complaint,
4 nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for
5 all purposes and without an Order of the Court.

7 Dated: February 23, 2016                    Sagaria Law, P.C.

                                By:   */s/ Elliot W. Gale*
                                         Elliot W. Gale
                                Attorneys for Plaintiff
                                Raymond Hickman