1  Terri R. Brown, Esq.  (IN #26279-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  tbrown@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA  94710
9  Telephone:  510-525-5100
   Fax:  510-525-5130
10 E-Mail:  ltate@tateandassociates-law.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

| | |
|---|---|
| 16  RAYMOND HICKMAN,<br>              Plaintiff, | CASE NO.  5:15-cv-05115-BLF |
| 17 | |
| 18     vs. | **JOINT NOTICE OF SETTLEMENT** |
| 19  EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX, INC.; TRANSUNION, LLC;<br>PORTFOLIO RECOVERY ASSOCIATES, LLC;<br>20  WELLS FARGO BANK, NATIONAL<br>ASSOCIATION; CAPITAL ONE BANK,<br>21  NATIONAL ASSOCIATION; CREDIT ONE<br>BANK, NATIONAL ASSOCIATION; HSBC<br>22  BANK USA, NATIONAL ASSOCIATION; TD<br>BANK USA, NATIONAL ASSOCIATION;<br>23  CAVALRY PORTFOLIO SERVICES, LLC;<br>RECEIVABLES PERFORMANCE<br>24  MANAGEMENT, LLC; VERIZON WIRELESS<br>SERVICES, LLC; ENHANCED RECOVERY<br>25  COMPANY, INC.; and DOES 1 through 100,<br>inclusive;<br>26              Defendants. | |

27
28  Plaintiff, Raymond Hickman, by counsel, and Defendant, Trans Union, LLC ("Trans Union"),

by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-05115-BLF**

to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff will file a stipulation of dismissal, dismissing his claims against Trans Union with Prejudice once the settlement is consummated.

                                                Respectfully submitted,

Date: March 8, 2016            *s/ Joseph B. Angelo (With Consent)*
Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  408-279-2288
Fax:  408-279-2299
E-Mail:  sjsagaria@sagarialaw.com
egale@sagarialaw.com
jangelo@sagarialaw.com
sjohnson@sagarialaw.com

*Counsel for Raymond Hickman*

Respectfully submitted,

Date: March 8, 2016            *s/ Terri R. Brown*
Terri R. Brown, Esq.  (IN #26279-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-05115-BLF**

| | |
|---|---|
| 1 | |
| 2 | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-05115-BLF**