David V. Duperrault, Esq.
Silicon Valley Law Group
50 W. San Fernando Street, Suite 750
San Jose, CA 95113
Tel: 408.573.570; Fax 408.573.5700
Email: dvd@svlg.com

*Local Counsel for Verizon Wireless Services, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND HICKMAN,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; Portfolio Recovery Associates, LLC; Wells Fargo Bank, National Association; Capital One Bank, National Association; Credit One Bank, National Association; HSBC Bank USA, National Association; TD Bank USA, National Association; Cavalry Portfolio Services, LLC; Receivables Performance Management, LLC; Verizon Wireless Services, LLC; Enhanced Recovery Company, Inc. and DOES 1 through 100 inclusive**,**<br>Defendants. | Case No. 15-05115-BLF<br>ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate that the above-captioned adversary proceeding is hereby dismissed with prejudice. Each party shall be responsible for its own attorneys' fees and costs.

Stipulated to, this 16th day of March, 2016.

**SAGARIA LAW, P.C.**

/s/    *Elliot Gale*
Scott J. Sagaria
Elliot W. Gale
Joe B. Angelo

Scott M. Johnson
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110

*Counsel to Debtor*

**SILICON VALLEY LAW GROUP**

/s/David V. Duperrault
David V. Duperrault, Esq.
Silicon Valley Law Group
50 W. San Fernando Street, Suite 750
San Jose, CA 95113
Tel: 408.573.570; Fax 408.573.5700
Email: dvd@svlg.com

*Counsel for Verizon Wireless Services, LLC*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Defendant Verizon Wireless Services, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 17, 2016

Beth L. Freeman
UNITED STATES DISTRICT JUDGE

2

CORE/0048629.0905/115248515.1