UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RAYMOND HICKMAN, | |
|---|---|
| Plaintiff, | Case No. 5:15-cv-05115-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

On March 17, 2016 the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Amended Complaint due | 03/31/2016 |
| Case Management Statement due | 09/29/2016 |
| Further Case Management Conference | 10/06/2016 at 2:00 pm |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | 11/16/2017 at 1:30 pm |
| Trial | 12/11/2017 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are referred to ADR for settlement discussions, to be completed by 05/16/2016.

Dated: 03/17/2016

_____
BETH LABSON FREEMAN
United States District Judge