Terri R. Brown, Esq. (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND HICKMAN,<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; PORTFOLIO RECOVERY ASSOCIATES, LLC; WELLS FARGO BANK, NATIONAL ASSOCIATION; CAPITAL ONE BANK, NATIONAL ASSOCIATION; CREDIT ONE BANK, NATIONAL ASSOCIATION; HSBC BANK USA, NATIONAL ASSOCIATION; TD BANK USA, NATIONAL ASSOCIATION; CAVALRY PORTFOLIO SERVICES, LLC; RECEIVABLES PERFORMANCE MANAGEMENT, LLC; VERIZON WIRELESS SERVICES, LLC; ENHANCED RECOVERY COMPANY, INC.; and DOES 1 through 100, inclusive;<br>　　　　Defendants. | CASE NO.  5:15-cv-05115-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Raymond Hickman, ("Plaintiff") by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                  Respectfully submitted,

Date:  April 12, 2016          *s/ Elliot W. Gale (with consent)*
                                          Scott J. Sagaria, Esq.
                                          Elliot W. Gale, Esq.
                                          Joseph B. Angelo, Esq.
                                          Scott M. Johnson, Esq.
                                          Sagaria Law, P.C.
                                          2033 Gateway Place, 5th Floor
                                          San Jose, CA  95110
                                          Telephone:  (408) 279-2288
                                          Fax:  (408) 279-2299
                                          E-Mail:  egale@sagarialaw.com

                                          *Counsel for Plaintiff Raymond Hickman*

Date:  April 12, 2016          *s/ Terri R. Brown*
                                          Terri R. Brown, Esq.  (IN #26279-49)
                                            (admitted *Pro Hac Vice*)
                                          Schuckit & Associates, P.C.
                                          4545 Northwestern Drive
                                          Zionsville, IN  46077
                                          Telephone:  317-363-2400
                                          Fax:  317-363-2257
                                          E-Mail:  tbrown@schuckitlaw.com

                                          *Lead Counsel for Defendant Trans Union, LLC*

                                          Lauren E. Tate, Esq. (CSB #124483)
                                          Tate & Associates
                                          1321 8th Street, Suite 4
                                          Berkeley, CA  94710
                                          Telephone:  510-525-5100
                                          Fax:  510-525-5130
                                          E-Mail:  ltate@tateandassociates-law.com

                                          *Local Counsel for Defendant Trans Union, LLC*

                                          *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own
3  costs and attorneys' fees.

4

5

6  Date: _____     _____
                                   JUDGE, United States District Court, Northern
7                                  District of California

8

9  DISTRIBUTION TO:

| | |
|---|---|
| Elliot W. Gale, Esq.<br>egale@sagarialaw.com | Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com |
| Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com | Alyssa M. Staudinger, Esq.<br>astaudinger@jonesday.com |
| Austin T. Beardsley, Esq.<br>austin.beardsley@kattenlaw.com | Gail C. Trabish, Esq.<br>gtrabish@bjg.com |
| Gregory L. Huber, Esq.<br>glh@severson.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
| June G. Felipe, Esq.<br>Felipeg@cmtlaw.com | Nathan E. Searles, Esq.<br>nasearles@portfoliorecovery.com |
| Tamar Gabriel, Esq.<br>gabrielt@cmtlaw.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| Terri R. Brown, Esq.<br>tbrown@schuckitlaw.com | |