SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND HICKMAN**,**<br><br>                    Plaintiff,<br><br>        v.<br><br> EXPERIAN INFORMATION SOLUTIONS,<br>INC.; et. al.**,**<br><br>                    Defendants. | Case No.: 5:15-CV-05115-BLF<br><br>NOTICE OF SETTLEMENT |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

        **PLEASE TAKE NOTICE THAT** plaintiff Raymond Hickman and defendant TD Bank

USA, National Assocation, by and through their respective counsel of record, have reached a

settlement in principle of the above captioned case and are in the process of documenting said

settlement.


Dated:   April 15, 2016

                                        **Sagaria Law, P.C.**
                                        */s/ Elliot Gale*
                                        Elliot Gale
                                        Attorneys for Plaintiff