GAIL C. TRABISH, ESQ. (103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gtrabish@bjg.com

Attorneys for Defendant
TD BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HICKMAN, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | Case No.   C15-cv-05115-BLF <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TD BANK USA, N.A.** <br><br> Complaint Filed:  November 9, 2015 |

Plaintiff Raymond Hickman ("Plaintiff") by counsel and Defendant TD Bank USA N.A., (TD Bank) by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against TD Bank only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

DATE: May 3, 2016                         SAGARIA LAW, P.C.

                                          /s/ Elliot W. Gale
                                          Elliot W. Gale, Esq.

DATED:   April 22, 2016

                                          BOORNAZIAN, JENSEN & GARTHE

                                          By:   /s/ *Gail C. Trabish*
                                                GAIL C. TRABISH, ESQ.
                                                Attorneys for Defendant
                                                TD BANK USA N.A.

-1-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TD BANK USA, N.A. - CASE NO. C15-cv-05115-BLF

-2-

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that TD Bank USA N.A. is dismissed with prejudice. Plaintiff and Defendant TD Bank USA, N.A. shall each bear their own costs and attorney's fees.

DATE: _____

_____
BETH LABSON FREEMAN
United States District Court, Northern
District of California

27752\722121