1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12  RAYMOND HICKMAN,                           Federal Case No.: 5:15-CV-05115-BLF

13         Plaintiff,

14      vs.                                    **STIPULATED REQUEST FOR
                                                DISMISSAL OF DEFENDANT WELLS
15  EXPERIAN INFORMATION SOLUTIONS,            FARGO BANK, N.A.; [PROPOSED]
    INC.; et. al.,                             ORDER**

16         Defendants.

17

18  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19         IT IS HEREBY STIPULATED by and between plaintiff Raymond Hickman and defendant

20  Wells Fargo Bank, N.A., ("Wells Fargo") that Wells Fargo be dismissed from this action with

21  prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party

22  shall bear its own attorneys' fees and costs.

23  //

24  //

25  //

26  //

27  //

28  //

1 | DATED: May 20, 2016      Sagaria Law, P.C.

2                                  By:    */s/ Elliot W. Gale*

3                                         Elliot W. Gale

                               Attorneys for Plaintiff

4                                Raymond Hickman

5

6 DATED: May 20, 2016      Severson and Werson

7

8                                  By:    */s/Rebecca Saelao*

9                                         Rebecca Saelao

                               Attorney for Defendant

10                               Wells Fargo Bank, N.A.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Rebecca Saelao has concurred in this filing.

13

14 */s/ Elliot Gale*

15

16 **[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Wells Fargo, is dismissed with prejudice.

17 IT IS SO ORDERED.

18

19 DATED: May 23, 2016              /s/ Beth Labson Freeman

20                                       Beth L. Freeman

                                      UNITED STATES DISTRICT JUDGE