Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND HICKMAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 5:15-CV-05115-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Raymond Hickman and defendant HSBC Bank USA, National Association ("HSBC"), that HSBC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1  DATED: June 14, 2016                Sagaria Law, P.C.

2                                       By: ___*/s/ Elliot W. Gale*_____
3                                                Elliot W. Gale
                                         Attorneys for Plaintiff
4                                        Raymond Hickman

5
6  DATED: June 14, 2016                Katten Muchin Rosenman LLP

7

8                                       By: ___*/s/Austin Beardsley*_____
                                                 Austin Beardsley
9                                        Attorneys for Defendant
10                                       HSBC Bank USA, National Association

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Austin Beardsley has concurred in this filing.

   */s/ Elliot Gale*
14

15
                                  **[PROPOSED]** **ORDER**
16
        Pursuant to the stipulation of the Parties, HSBC is dismissed with prejudice.
17
        IT IS SO ORDERED.
18

19 DATED: _June 14, 2016_                    _____
20                                           Beth L. Freeman
                                             UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                              2
   STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION;
                                    [PROPOSED] ORDER