Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND HICKMAN,<br><br>         Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>         Defendants. | Federal Case No.: 5:15-CV-05115-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Raymond Hickman and defendant Portfolio Recovery Associates, LLC, that Portfolio Recovery Associates, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | |
|---|---|
| DATED: June 28, 2016 | Sagaria Law, P.C. |
| | By: */s/ Elliot W. Gale* |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Raymond Hickman |
| | |
| DATED: June 28, 2016 | PRA Group, Inc. |
| | By: */s/Nathan Andrew Searles* |
| | Nathan Andrew Searles |
| | Attorneys for Defendant |
| | Portfolio Recovery Associates, LLC |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Nathan Andrew Searles has concurred in this filing.

*/s/ Elliot Gale*

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Portfolio Recovery Associates, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____     _____
Beth L. Freeman
UNITED STATES DISTRICT JUDGE